## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Oscar Marin and Filemon Marin, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Coronet Construction, Inc., and Grzegorz Urbanek, individually, Defendants | Case No. 1:15-cv-3204<br><br>Hon. Judge Kennelly<br><br>Hon. Magistrate Judge Rowland |

### JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

3. On May 13, 2016, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

s/ Raisa Alicea
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

s/ Markian B Lewun
Markian B. Lewun
Lewun & Kais, Ltd.
4018 W. Peterson Ave., Suite 200
Chicago, IL 60646